# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILT, | Case No. 1:15-cv-00154-BAM-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| DR. GREENLEAF, et al., | (ECF NO. 15) |
| Defendants. | THIRTY DAY DEADLINE |
| | ORDER DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff Robert Wilt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 21, 2016, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed for his failure to comply with the February 2, 2016, order dismissing the original complaint and granting Plaintiff leave to file an amended complaint. On April 1, 2016, Plaintiff filed a request to extend time to comply with Court deadlines. Plaintiff explains that he has been transferred to Mule Creek State Prison from Avenal. While at Avenal, Plaintiff was assisted by another inmate. Plaintiff indicates that he no longer has access to inmate assistance. Plaintiff also indicates that he is in a mental health program and has a learning disability.

In light of Plaintiff's recent transfer to another facility, the Court finds good cause to

1

grant Plaintiff a thirty day extension of time.  Plaintiff is advised that although he is allowed to have other inmates assist him, parties representing themselves "must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney." Local Rule 183(a).  Any individuals who are not an attorney and not admitted to this Court are precluded from appearing on behalf of anyone but them self. Johns v. Cnty. of San Diego, 114 F.3d 874, 877 (9th Cir. 1997);  C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).  Plaintiff, proceeding pro se on his own behalf, is solely responsible for prosecuting this action.  That Plaintiff may have difficulty in obtaining assistance from another inmate does not constitute good cause to extend time to comply with Court deadlines in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Good cause appearing, the March 21, 2016, order to show cause is discharged; and
2. Based on Plaintiff's recent transfer, Plaintiff's motion for extension of time is GRANTED.  Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **April 4, 2016**              /s/ *Barbara A. McAuliffe*           
                                          UNITED STATES MAGISTRATE JUDGE