# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILT,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. GREENLEAF, et al.,<br><br>   Defendants. | Case No.  1:15-cv-00154-BAM-PC<br><br>ORDER  DISMISSING THIS ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO  OBEY A COURT ORDER<br><br>(ECF NO. 19) |

Plaintiff Robert Wilt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

On February 2, 2016, the Court dismissed the first amended complaint and granted Plaintiff leave to file a second amended complaint.  (ECF No. 13.)  Plaintiff was warned that if he failed to file an amended complaint in compliance with the Court's order, this action would be dismissed for failure to obey a court order and failure to state a claim.  (Id. at 7:6.)  On April 4, 2016, Plaintiff was granted a thirty day extension of time.  Plaintiff failed to file an amended complaint, and on May 31, 2016, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed for failure to state a claim and failure to prosecute.  Plaintiff was provided fourteen days in which to respond.   Plaintiff was again warned that

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on February 6, 2015.  (ECF No. 5.)

1

failure to respond would result in dismissal of his action for failure to prosecute and failure to state a claim.  (ECF No. 19 at 3:2.)  To date, Plaintiff has not responded to the order to show cause, nor has he otherwise been in contact with the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed for failure to obey a court order and failure to state a claim upon which relief could be granted; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 5, 2016**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE